UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHANDI COLLIER, as mother of TROY MICKLE, a minor, | Case No. |
| Plaintiff, | Judge |
| v. | Magistrate Judge |
| WATCH COMMANDER DUANE DEVRIES, P.O. JOHN DOE, and THE CITY OF CHICAGO, | JURY DEMAND |
| Defendants. | |

## COMPLAINT

Now Comes the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, Watch Commander Duane DeVries, P.O. John Doe, and the City of Chicago, as follows:

## COUNT I – EXCESSIVE FORCE

1) This action is brought pursuant the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois to redress deprivations of the Civil Rights of the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, and accomplished by acts and/or omissions of the Defendant, P.O. John Doe, individually, and the City of Chicago, committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, Khandi Collier, was at all relevant times, the mother of Troy Mickle, a minor.

4) The Defendants, Watch Commander Duane DeVries and P.O. John Doe, were at all relevant times, duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5) On August 28, 2010, the Plaintiff, Khandi Collier, was in the vicinity of 79th and Loomis in Chicago, Illinois.

6) An incident occurred where P.O. John Doe interceded.

7) The Defendant, P.O. John Doe, shot Troy Mickle numerous times and continued to do so totally approximately fifteen times.

8) Said use of deadly force was excessive and unreasonable.

9) Said use of force was unprovoked and unwarranted.

10) As a result of the actions of the Defendant, P.O. John Doe, Troy Mickle, was seriously injured.

11) Said actions of the Defendant, P.O. John Doe, were in violation of the Troy Mickle's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

12) As a result of said actions of the Defendant, P.O. John Doe, Troy Mickle, suffered pain, suffering, permanent injury and loss of enjoyment of life.

13) The actions of the Defendant, P.O. John Doe, were intentional, willful and wanton.

Wherefore the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, prays for judgment against the Defendant, P.O. John Doe, for compensatory damages in excess of Five Hundred Thousand Dollars ($500,000.00) and punitive damages in excess of Five Hundred Thousand Dollars ($500,000.00) plus attorneys' fees and costs.

## COUNT II – BATTERY

1-9) The Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, hereby realleges and incorporates her allegations of paragraphs 3-12 of Count I as her respective allegations of paragraphs 1-9 of Count II as though fully set forth herein.

10) The actions of the Defendant, P.O. John Doe, constitutes battery under Illinois law.

Wherefore the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, prays for judgment against the Defendant, P.O. John Doe, for compensatory damages in excess of Five Hundred Thousand Dollars ($500,000.00) and punitive damages in excess of Five Hundred Thousand Dollars ($500,000.00) plus attorneys' fees and costs.

## COUNT III – INJUNCTIVE RELIEF

1-9) The Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, hereby realleges and incorporates her allegations of paragraphs 1-9 of Count I as her respective allegations of paragraphs 1-9 of Count III as though fully set forth herein.

11) Troy Mickle was transported to the intensive care unit (ICU) at Christ Hospital in Oak Lawn.

12) Despite being a minor, Troy Mickle's mother, Khandi Collier, was prohibited from seeing or talking to him.

13) The Plaintiff, Khandi Collier, retained Attorney Gregory E. Kulis to assist her and protect Troy Mickle's rights.

14) Attorney Gregory E. Kulis arrived at Christ Hospital to attempt to assist Khandi Collier to see her son and to provide Troy Mickle with legal counsel.

15) Attorney Gregory E. Kulis was deprived access to his client who was in custody.

16) Chicago Police Personnel were instructed by Watch Commander Duane DeVries to not to allow Attorney Kulis access to his client.

17) Troy Mickle was in custody of the Chicago Police.

18) Troy Mickle is entitled to counsel under the First and Fifth Amendments of United States Constitution.

19) Troy Mickle has been deprived of counsel and self-incrimination as protected by the Fifth Amendment of the United States Constitution and access to the courts under the First Amednement.

20) Despite not being allowed access to counsel, Detectives of the Chicago Police Department have again attempted to question Troy Mickle.

21) Troy Mickle is entitled to injunctive relief allowing him the right to meet with his attorney.

22) Troy Mickle is entitled to discuss his rights with counsel

23) Said actions of the Defendant, Watch Commander Duane DeVries, in depriving his right to counsel is a violation of the First and Fifth Amendments as protected by 42 U.S.C. §1983.

24) Said actions of the Defendant, Watch Commander Duane DeVries, are intentional, willful and wanton.

25) The Plaintiff is entitled to attorneys' fees and costs in obtaining this injunctive relief.

Wherefore the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, prays that this Honorable Court grant him injunctive relief and prohibiting The Defendants, Watch Commander Duane DeVries and the City of Chicago, from interfering with Troy Mickle's right to counsel.

### JURY DEMAND

The Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, hereby requests trial by jury.

>                               Respectfully submitted,
>
>                               Khandi Collier, as mother of Troy
>                               Mickle, a minor
>
>                               By: /s/ Gregory E. Kulis_____
>                               Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830