## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KHANDI COLLIER, as mother of TROY MICKLE, a minor, | Case No. 10 CV 05519 |
| Plaintiff, | Judge |
| v. | Magistrate Judge |
| WATCH COMMANDER DUANE DEVRIES, P.O. JOHN DOE, and THE CITY OF CHICAGO, | |
| Defendants. | |

### PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

Now comes, the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, by and through her attorney, Gregory E. Kulis & Associates, Ltd., and in support of said motion, states as follows:

1. On August 29, 2010, Troy Mickle was shot by an off-duty police officer (currently identified as P.O. John Doe).

2. Troy Mickle at all relevant times was a minor.

3. Troy Mickle was taken to Christ Hospital in Oak Lawn for medical care.

4. Troy Mickle was held in custody at Christ Hospital by the Chicago Police.

5. Troy Mickle's mother, Khandi Collier was not allowed to see or speak to her son.

6. Detectives visited Troy Mickle but his mother was not allowed to be present.

7. On August 29, 2010, Attorney Gregory E. Kulis was retained to represent Troy Mickle.

8. Attorney Kulis arrived on August 29, 2010 and was refused access to his client by the Chicago police.

9. Attorney Kulis requested to see his client who was in custody, but was denied access.

10. Attorney Kulis requested that Khandi Collier be allowed to see her son

11. Khandi Collier was finally allowed to see and speak to her son after spending the whole night and day at Christ Hospital.

12. Chicago Police informed Troy Mickle's family and Attorney Kulis that Troy Mickle was not allowed to speak to counsel.

13. Sergeant Boffo of the Chicago Police Department was sent to the hospital and reiterated that Watch Commander Duane DeVries informed him that Attorney Kulis could not speak to his client, Troy Mickle.

14. Sergeant Boffo informed the family and Attorney Kulis that Troy Mickle could not be questioned until Gregory E. Kulis was contacted.

15. Troy Mickle is entitled to meet with his attorney and be provided legal counsel and advice.

16. Attorney Kulis was deprived the right to meet with and counsel his client.

17. Troy Mickle was denied his right to counsel.

18. Attorney Kulis contacted the Police District to speak to Watch Commander Duane DeVries and was informed by the desk sergeant that Watch Commander Duane DeVries again would not allow an attorney to meet with Troy Mickle.

19. The following day, despite the fact that the police claimed Troy Mickle was not going to be questioned, Detectives and an Assistant State's Attorney attempted to question Troy Mickle.

20. An individual in custody has a right to counsel under the Fifth Amendment of the United States Constitution to protect his constitutional rights of self-incrimination.

21. In addition, Troy Mickle is entitled to access to the court under the First Amendment of the United States Constitution for a possible civil action.

22. Troy Mickle is being deprived of counsel in both instances.

23. Troy Mickle has a likelihood of success on the merits of the claim.

24. Troy Mickle has no adequate remedy at law.

25. No money damages can prevent the continuing violation of Troy Mickle's right to counsel.

26. The Plaintiff is requesting an order restraining Watch Commander Duane DeVries or the City of Chicago from depriving counsel to Troy Mickle.

27. Despite the fact that Sergeant Boffo of the City of Chicago informed the family and counsel that Troy Mickle would not be questioned at least one additional attempt has been made to question him.

28. Attached are affidavits of Khandi Collier and Tisha Collier in support of this motion and the facts pertaining to access to counsel (See Exhibits A and B).

Wherefore, the Plaintiff, Khandi Collier, as mother of Troy Mickle, a minor, prays that this honorable court grant Plaintiff's motion and award the following relief:

a. enter an order prohibiting the City of Chicago and Watch Commander Duane DeVries from interfering with Troy Mickle's right to meet with counsel;

b. award interim attorneys' fees and costs for this matter; and,

c. enter any other appropriate order.

    Respectfully submitted,

    Khandi Collier, as mother of Troy Mickle, a minor

    By: /s/ Gregory E. Kulis_____
    Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830