UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHANDI COLLIER, as mother of TROY MICKLE, a minor, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| WATCH COMMANDER DUANE DEVRIES, P.O. JOHN DOE, and THE CITY OF CHICAGO, | ) ) ) ) ) |
| Defendants. | ) |

Case No. 10 CV 05519

Judge

Magistrate Judge

### NOTICE OF EMERGENCY MOTION

To:  Mara Georges                              Naomi Avendano
     Corporation Counsel-City of Chicago       City of Chicago Corporation Counsel
     City Hall                                 30 North LaSalle Street, Suite 900
     121 North LaSalle Street, Room 100        Chicago, IL 60602
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that I shall appear before the **Honorable Judge St. Eve** on the **2nd day of September, 2010 at 8:30 a.m.** or as soon thereafter as counsel may be heard, and then and there present **Plaintiff's Emergency Motion for a Temporary Restraining Order and Injunctive Relief,** a copy of which is attached hereto.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the **1st day of September, 2010** I, **Gregory E. Kulis,** an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via Hand Delivery.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**