**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KHANDI COLLIER, as mother of TROY MICKLE, a minor, ) ) ) | Case No. 10 CV 05519 |
| Plaintiff, ) ) | Judge |
| v. ) ) | Magistrate Judge |
| WATCH COMMANDER DUANE DEVRIES, P.O. JOHN DOE, and THE CITY OF CHICAGO, ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF EMERGENCY MOTION**

To: Mara Georges  Naomi Avendano
Corporation Counsel-City of Chicago  City of Chicago Corporation Counsel
City Hall  30 North LaSalle Street, Suite 900
121 North LaSalle Street, Room 100  Chicago, IL 60602
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I shall appear before the **Honorable Judge St. Eve** on the **2nd day of September, 2010 at 8:30 a.m.** or as soon thereafter as counsel may be heard, and then and there present **Plaintiff's Emergency Motion for a Temporary Restraining Order and Injunctive Relief,** a copy of which is attached hereto.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the **1st day of September, 2010** I, **Gregory E. Kulis,** an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via Hand Delivery.

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**